UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

WILLIAM R. BINKERD, et al.,

Plaintiffs,

v.

MAYO FOUNDATION, et al.,

Defendants.

CIVIL NO. 00-985 (DSD)

ORDER OF RECUSAL

Pursuant to the provisions of 28 U.S.C. § 455(a), the undersigned hereby recuses himself in this matter. By separate notice, the parties will be advised by the Clerk of Court as to the new Magistrate Judge on this matter.

Dated: May 15, 2000

JOHN M. MASON
United States Magistrate Judge

3

Filed MAY 15 2000
Francis E. Dosal, Clerk
Judgment Entered ______
Deputy Clerk's Initials ______

F I L E C O P Y

Date: May 17, 2000 jr

---

R E C O R D O F D O C K E T T E X T

---

0:00-cv-00985 Binkerd v. Mayo Foundation

DOCKET ENTRY

ORDER (Magistrate Judge John M. Mason) of recusal. Case referred to Magistrate Judge Arthur J. Boylan (4-00 ad 145). Case number remains the same except for initials (00-985 DSD/AJB). 1pg(s) (cc: all counsel)

Hon. David S Doty, Judge

THIS NOTICE SENT TO ALL COUNSEL