UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

William R. Binkerd and Julie A. Binkerd as Trustees for the Heirs and Next of Kin of Hannah Nicole Binkerd, decedent,

Plaintiffs,

vs.

Mayo Foundation, Mayo Clinic, Rochester Methodist Hospital,

Defendants.

File No. 00-CV-985 DSD/AJB

**ORDER STAYING ORDER OF NOVEMBER 6, 2000**

This matter came before the Court, Magistrate Judge Arthur J. Boylan, on defendants' motion informing the Court that defendants intend to appeal the Order entered on November 6, 2000, which granted plaintiffs' motion to compel and for an enlargement of time, and requesting a stay of the Court's Order of November 6, pending the outcome of defendants' appeal to United States District Judge David S. Doty. The undersigned has been informed that plaintiffs do not object to the entry of such a stay.

Accordingly, based on the files, records, and proceedings herein, including the written submissions of the parties concerning defendants' motion for a stay of the Order, IT IS HEREBY ORDERED that:

1. Defendants' motion for a stay of the undersigned's Order of November 6, 2000 is GRANTED.

FILED NOV 15 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____

2. Defendants shall not be required to provide any further response to plaintiffs' Interrogatory No. 18 pending the outcome of their appeal of the Order of November 6.

Dated: 11/15, 2000

ARTHUR J. BOYLAN
United States Magistrate Judge