UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

William R. Binkerd and Julie A. Binkerd, as Trustees for the Heirs and Next of Kin of Hannah Nicole Binkerd, decedent,

Plaintiffs,

v.

Mayo Foundation,

Defendant.

Civil No.00-CV-985 DSD/AJB

**STIPULATION AND ORDER FOR MODIFICATION OF PRETRIAL SCHEDULE**

The parties hereto, by and through their undersigned counsel, agree and stipulate to modification of the Court's pretrial schedule as follows:

1. Discovery shall be commenced in time to be completed by August 1, 2001.

2. Disclosure of the identity of expert witnesses shall be made as follows:

   a. By Plaintiff within 14 days of receipt of the transcript of the last deposition of an agent of Defendant noticed as of April 1, 2001.

   b. By Defendant within 90 days of Plaintiffs' expert disclosure.

3. All non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed on or before August 15, 2001.

4. All dispositive motions shall be served and filed by the parties by September 1, 2001.

FILED APR 09 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

5. The case shall be ready for a jury trial on November 1, 2001.

Dated: 4-4, 2001.

SCHMIDT, THOMPSON, JOHNSON & MOODY, P.A.

By_______________

Thomas G. Johnson (#52012)
Todd M. Kleinhuizen (#211370)
320 So. 1st Street
P.O. Box 913
Willmar, MN 56201
Telephone: 320-235-2000

Attorneys for Plaintiffs

Dated: 4. 3., 2001.

DORSEY & WHITNEY LLP

By_______________

William R. Stoeri (#140880)
Amy S. Hartman (#303446)
Dorsey & Whitney LLP
Pillsbury Center South
220 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: 612-343-7942

Attorneys for Defendant

OF COUNSEL TO DEFENDANTS:
Trudi Noel Trysla, Esq.
Rochester, MN

**IT IS SO ORDERED** this 6th day of April, 2001.

Arthur J. Boylan
United States Magistrate Judge