UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-985 (DSD/AJB)

William R. Binkerd and Julie A. Binkerd as Trustees for the Heirs and Next of Kin of Hannah Nicole Binkerd, decedent,

Plaintiffs,

v.

Mayo Foundation, Mayo Clinic, Rochester Methodist Hospital,

Defendants.

**ORDER**

This matter is before the court on defendants' appeal of Magistrate Judge Arthur J. Boylan's November 6, 2000 order granting plaintiffs' motion to compel discovery. The order requires defendants to answer an interrogatory by which they must identify any perceived flaws in plaintiffs' statutorily-mandated expert identification affidavit. On appeal, defendants contend that the disputed interrogatory seeks disclosure of attorney work product and improperly demands that defendants perform plaintiffs' legal analysis for them.

A party seeking to overturn a magistrate judge's discovery ruling bears a heavy burden. This court will overturn the decision of a magistrate judge on a pretrial matter only if such decision is "clearly erroneous or contrary to law." 28 U.S.C. § 636(b)(1)(A); D. Minn. L.R. 72.1(b)(2). Moreover, because a magistrate judge is

FILED 2-14-01
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

afforded broad discretion in the resolution of nondispositive discovery disputes, the court will generally grant the magistrate judge great deference and overrule the magistrate judge's determination only if this discretion is clearly abused. Smith v. MCI Telecomm. Corp., 137 F.R.D. 25, 27 (D. Kan. 1991).

After reviewing the record in the case and the relevant case law, the court agrees that the line between a permissible contention interrogatory and an impermissible inquiry into issues of pure law is at times difficult to discern. However, the court finds no error in the magistrate judge's conclusion that plaintiffs' interrogatory is a "permissible effort to create a discovery based estoppel defense to any summary judgment challenge based upon Minn. Stat. § 145.682." [Order of 11/6/00, p. 4]. Accordingly, the magistrate judge's order dated November 6, 2000 is affirmed in all respects and **IT IS HEREBY ORDERED** that plaintiffs' motion to compel and for an enlargement of time is granted. Defendants shall promptly answer Interrogatory No. 18 and if necessary, plaintiffs shall have 30 days from the date of defendants' answer to supplement their expert identification affidavit.

Dated: February 13, 2001

David S. Doty, Judge
United States District Court